Misc. No. 12–8005/AF. In re Christopher M. Lanier, Petitioner. On consideration of Petitioner's expedited petition for extraordinary relief in the nature of a writ of

mandamus, or in the alternative prohibition, and motion for stay of the proceedings, it is ordered that the petition and motion to stay are hereby denied.